UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HYUNDAI MOTOR AMERICA, INC., et al.,<br><br>Plaintiff,<br>v.<br><br>AL NABAA AUTO SPARE PARTS TRADING, et al.,<br><br>Defendant. | Case No. 2:16-cv-02532-RFB-PAL<br><br>ORDER<br><br>(Mot. Serve – ECF No. 13)<br>(Mot. Seal – ECF No. 15) |

Before the court is Plaintiffs' Motion for Alternative Service of Complaint and Summons Under Federal Rule of Civil Procedure 4(f)(3) (ECF No. 13), and Motion to Seal Exhibits 1, 4, 5, 6, 7, and 8 of Plaintiffs' Motion for Alternative Service of Complaint and Summons Under Federal Rule of Civil Procedure 4(f)(3) (ECF No. 15).  Having reviewed and considered the matters, and for good cause shown,

**IT IS ORDERED** that:

1. Plaintiffs' Motion for Alternative Service of Complaint and Summons Under Federal Rule of Civil Procedure 4(f)(3) (ECF No. 13) is **GRANTED**
2. Motion to Seal Exhibits 1, 4, 5, 6, 7, and 8 of Plaintiffs' Motion for Alternative Service of Complaint and Summons Under Federal Rule of Civil Procedure 4(f)(3) (ECF No. 15) is **GRANTED**.

DATED this 19th day of December, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE