1  James J. Pisanelli, Esq., Bar No. 4027
   jjp@pisanellibice.com
2  M. Magali Mercera, Esq., Bar No. 11742
   mmm@pisanellibice.com
3  PISANELLI BICE PLLC
   400 S. 7th Street, Suite 300
4  Las Vegas, NV  89101
   Telephone:   (702) 214-2100
5  Facsimile:   (702) 214-2101

6  Kenneth E. Keller, Esq. (admitted *Pro Hac Vice*)
   kkeller@ksrh.com
7  KELLER SLOAN & ROMAN LLP
   555 Montgomery Street, 17th Floor
8  San Francisco, California 94111
   Telephone:   (415) 249-8330
9  Facsimile:   (415) 249-8333

10 Jason R. Erb (admitted *Pro Hac Vice)*
   jasonerb@hmausa.com
11 HYUNDAI MOTOR AMERICA
   10550 Talbert Avenue
12 Fountain Valley, California  92708
   Telephone:   (714) 965-3393
13 Facsimile:   (714) 965-3815

14 *Attorneys for Plaintiffs*
   *Hyundai Motor America, Inc. and*
15 *Hyundai Motor Company*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| HYUNDAI MOTOR AMERICA, INC. a California corporation, HYUNDAI MOTOR COMPANY, a Korean corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AL NABAA AUTO SPARE PARTS TRADING, BLUE LINE INTERNATIONAL TRADE (FZE), GREAT WEST TRADING INC., and SURESH NARAYAN (a/k/a RYAN S. NARAYAN), an individual),<br><br>Defendants. | Case Number:  2:16-cv-02532-RFB-PAL<br><br>**PROPOSED ORDER GRANTING HYUNDAI MOTOR AMERICA, INC. AND HYUNDAI MOTOR COMPANY'S MOTION FOR EXTENSION OF TIME TO COMPLETE SERVICE IN RESPONSE TO CLERK'S NOTICE OF INTENT TO DISMISS PURSUANT TO Fed. R. Civ. P. 4(m)** |

Before this Court is Plaintiffs' Hyundai Motor America, Inc. ("HMA") and Hyundai Motor Company ("HMC") (collectively "Plaintiffs") Motion to Extend Time to Complete Service on Defendants Al Nabaa Auto Spare Parts Trading ("Al Nabaa"), Blue Line International Trade (FZE) ("Blue Line"), Great West Trading Inc. ("Great West"), and Suresh Narayan (a/k/a Ryan Narayan) by Publication (ECF No. 25). Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED** that:

Hyundai Motor America, Inc. and Hyundai Motor Company's Motion for Extension of Time to Complete Service in Response to Clerk's Notice of Intent to Dismiss Pursuant to Fed. R. Civ. P. 4(m) as previously ordered (ECF No. 25) is **GRANTED**. Plaintiffs shall have until June 30, 2017, to complete service by publication.

DATED this 5th day of May 2017.

HON. PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE