JAMES PISANELLI (NSB 4027) jjp@pisanellibice.com
M. MAGALI MERCERA (NSB 11742) mmc@pisanellibice.com
PISANELLI BICE PLLC
400 S. 7th Street, Suite 300
Las Vegas, NV 89101
Telephone: (702) 214-2100
Facsimile: (702) 214-2101

KENNETH E. KELLER (*Pro Hac Vice*) kkeller@ksrh.com
CHRISTOPHER STRETCH (*Pro Hac Vice*) cstretch@ksrh.com
KELLER, SLOAN, ROMAN & HOLLAND LLP
555 Montgomery Street, 17th Floor
San Francisco, California 94111
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

JASON R. ERB (*Pro Hac Vice*) jerb@hmausa.com
HYUNDAI MOTOR AMERICA
10550 Talbert Avenue
Fountain Valley, California 92708
Telephone: (714) 965-3393
Facsimile: (714) 965-3815

Attorneys for Plaintiffs
HYUNDAI MOTOR AMERICA, INC., and
HYUNDAI MOTOR COMPANY

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| HYUNDAI MOTOR AMERICA, INC. a California corporation, HYUNDAI MOTOR COMPANY, a Korean corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AL NABAA AUTO SPARE PARTS TRADING, BLUE LINE INTERNATIONAL TRADE (FZE), GREAT WEST TRADING INC., and SURESH NARAYAN (a/k/a RYAN S. NARAYAN), an individual),<br><br>Defendants. | Case Number: 16-cv-2532-RFB-PAL<br><br>**ORDER GRANTING HYUNDAI'S MOTION TO FURTHER EXTEND TIME TO COMPLETE SERVICE OF COMPLAINT** |

Before this Court is Plaintiffs' Hyundai Motor America, Inc. ("HMA") and Hyundai Motor Company ("HMC") (collectively "Plaintiffs") Motion to Further Extend Time to Complete Service of the Complaint on Defendants Al Nabaa Auto Spare Parts Trading ("Al Nabaa"), Blue Line International Trade (FZE) ("Blue Line"), Great West Trading Inc. ("Great West"), and Suresh Narayan (a/k/a Ryan Narayan) by Publication. Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED**:

Plaintiffs' Motion to Further Extend Time to Complete Service by Publication (ECF No. 31) is **GRANTED**. Plaintiffs shall have until August 31, 2017 to complete service on Defendants Al Nabaa Auto Spare Parts Trading ("Al Nabaa"), Blue Line International Trade (FZE) ("Blue Line"), Great West Trading Inc. ("Great West"), and Suresh Narayan (a/k/a Ryan Narayan) by publication.

DATED this 7th of July, 2017.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE