KENNETH E. KELLER (Admitted *Pro Hac Vice*)
  kenneth.keller@pillsburylaw.com
CHRISTOPHER E. STRETCH (Admitted *Pro Hac Vice*)
  christopher.stretch@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone:   (415) 983-1084
Facsimile:    (415) 983-1200

JAMES J. PISANELLI (Bar No. 4027)
  jjp@pisanellibice.com
M. MAGALI MERCERA (Bar No. 11742)
  mmm@pisanellibice.com
PISANELLI BICE LLC
400 S. 7th Street, Suite 300
Las Vegas, NV  89101
Telephone:  (702) 214-2100
Facsimile:  (702) 214-2101

JASON R. ERB (Admitted *Pro Hac Vice*)
  jasonerb@hmausa.com
HYUNDAI MOTOR AMERICA
10550 Talbert Avenue
Fountain Valley, CA  92708
Telephone:  (714) 965-3393
Facsimile:  (714) 965-3815

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEVADA

| | |
|---|---|
| HYUNDAI MOTOR AMERICA, INC., a California corporation, HYUNDAI MOTOR COMPANY, a Korean corporation<br><br>         Plaintiff,<br><br>    v.<br><br>AL NABAA AUTO SPARE PARTS | Case No. 16-cv-2532 RFB-PAL<br><br>ORDER GRANTING MOTION TO CONFIRM SERVICE BY EMAIL AND NOTICE THAT SERVICE HAS BEEN ACCOMPLISHED |

-1-

ORDER GRANTING MOTION TO CONFIRM SERVICE
CASE NO. 16-cv-2532 RFB-PAL

4816-9835-6558.v1

| | |
|---|---|
| 1 | TRADING, BLUE LINE INTERNATIONAL TRADE (FZE), GREAT WEST TRADING INC., and SURESH NARAYAN (aka RYAN S. NARAYAN), an individual, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Plaintiffs. |

Before the court is Plaintiffs' Motion to Confirm Service of Complaint and Summons by email (ECF No. 34).

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED** that:

Plaintiffs' Motion to Confirm Service of Complaint by email is **GRANTED.**

Dated: September 1, 2017

_____
PEGGY A. LEEN
UNITED STATE MAGISTRATE JUDGE